**THIERMAN BUCK, LLP**
Mark R. Thierman, Esq. (Nev. Bar No. 8285)
mark@thiermanbuck.com
Joshua D. Buck, Esq. (Nev. Bar No. 12187)
josh@thiermanbuck.com
Leah L. Jones, Esq. (Nev. Bar No. 13161)
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500
Fax: (775) 703-5027

Christian Gabroy, Nev. Bar No. 8805
christian@gabroy.com
**GABROY LAW OFFICES**
170 S. Green Valley Pkwy
Henderson, NV 89012
Tel. (702) 259-7777
Fax. (702) 259-7704

Charles A. Jones, Nev. Bar No. 6698
caj@joneslawfirm.com
**JONES LAW FIRM**
9585 Prototype Court, Suite B
Reno, NV 89521
Tel. (775) 853-6440
Fax. (775) 853-6445

*Attorneys for Plaintiff*

**SEMENZA KIRCHER RICKARD**
Lawrence J. Semenza, III, Esq.
Nevada Bar No. 7174
ljs@skrlawyers.com
Christopher D. Kircher, Esq.
Nevada Bar No. 11176
cdk@skrlawyers.com
Jarrod L. Rickard, Esq.
Nevada Bar No. 10203
jlr@skrlawyers.com
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: (707) 835-6803
Fax: (702) 920-8669

**SACKS, RICKETTS & CASE LLP**
Luanne Sacks (*pro hac vice* application to be submitted)
lsacks@srclaw.com
Robert B. Bader (*pro hac vice* application to be submitted)
rbader@srclaw.com
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 549-0580
Facsimile: (415) 549-0640

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARTHUR F. COYNE., on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>STATION CASINOS LLC, a Nevada Limited Liability Company, RED ROCK RESORTS, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br>                              Defendants. | Case No.: 2:17-cv-01603-JAD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO TOLL THE STATUTE OF LIMITATIONS FOR FLSA CLAIMS AND TO STAY ALL PROCEEDINGS PENDING DECISION OF THE SUPREME COURT OF THE STATE OF NEVADA IN** ***NEVILLE, JR. V. EIGHTH JUDICIAL DIST. CT.***<br><br>ECF Nos. 10, 13 |

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com

Plaintiff, ARTHUR F. COYNE ("Plaintiff") on behalf of himself and all others similarly situated, by and through his counsel of record, and Defendants STATION CASINOS LLC, a Nevada Limited Liability Company and RED ROCK RESORTS, INC., a Delaware Corporation (collectively, "Defendants"), by and through their counsel of record (Plaintiff and Defendants collectively referred to as the "Parties"), submit the below stipulation to stay all proceedings in the above captioned matter pending the Nevada Supreme Court's decision in *Neville, Jr. v. Eighth Judicial Dist. Ct. (Terrible Herbst, Inc.)* Supreme Court Case No. 70696 (oral argument held on Monday, July 17, 2017) ("*Neville*").

The purpose of the requested stay is to promote judicial economy and allow this Court to more effectively control the disposition of this action with economy of time and effort for itself, for counsel, and the litigants. *See Landis v. N. Am. Co*., 299 U.S. 248, 254 (U.S. 1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"); *Pate v. DePay Orthopedics, Inc*., 2012 WL 3532780, at * 2 (D. Nev. Aug. 14, 2012) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case"), citing *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979).

Resolution of the question presented in *Neville* may impact the Nevada wage and hour law issues in the present case.  Accordingly, the Parties agree to and stipulate as follows:

1)      Plaintiff sets forth various allegations and claims arising under the Fair Labor Standards Act ("FLSA"), Nevada Wage and Hour law, and Nevada contract law ("Plaintiff's Claims");

2)      Plaintiff asserts his claims on behalf of himself and a group of allegedly similarly situated employees as a collective action under the FLSA and a Rule 23 class action under the Federal Rules of Civil Procedure;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com

3)      Defendants dispute and deny Plaintiff's Claims, including whether the proposed lawsuit can be maintained as either a Rule 23 class action or a FLSA collective action, and specifically contend that Plaintiff does not have a private right of action to assert his Nevada wage and hour law claims for the reasons set forth in Defendants' Motion to Dismiss (ECF No. 10);

4)      The Parties agree to stay all proceedings until the Nevada Supreme Court issues a decision in *Neville* (the "Stay Period");

5)      The Parties further agree that the statute of limitations for all FLSA claims asserted in the Complaint are tolled from the date the Court enters the requested stay in this action until the Nevada Supreme Court a decision in *Neville*;

6)      The Parties will have fourteen (14) days from the date of the Nevada Supreme Court's decision in *Neville* to file a status report with this Court to set an updated briefing schedule for Defendants' pending Motion to Dismiss (ECF No. 10); and

7)      The Parties reserve all rights and defenses to which they are entitled as of the first day of the Stay Period and this stipulation does not effect and is not intended to effect a waiver of any such right or defense.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO TOLL THE STATUTE OF LIMITATIONS AND TO STAY ALL PROCEEDINGS
PENDING DEISION OF THE SUPREME COURT OF NEVADA

This Stipulation is made in good faith and not for the purposes of undue burden or delay.

Dated: July 21, 2017.

THIERMAN BUCK LLP                          SEMENZA KIRCHER RICKARD

/s/Leah L. Jones                           /s/ Lawrence J. Semenza, III
Mark R. Thierman, Esq.                     Lawrence J. Semenza, III, Esq.
Nevada Bar No. 8285                        Nevada Bar No. 7174
Joshua D. Buck, Esq.                       Christopher D. Kircher, Esq.
Nevada Bar No. 12187                       Nevada Bar No. 11176
Leah L. Jones, Esq.                        Jarrod L. Rickard, Esq.
Nevada Bar No. 13161                       Nevada Bar No. 10203
7287 Lakeside Drive                        10161 Park Run Drive, Suite 150
Reno, Nevada 89511                         Las Vegas, NV 89145
*Attorneys for Plaintiffs*

                                           SACKS, RICKETTS & CASE LLP

                                           /s/ Robert B. Bader
                                           Luanne Sacks (*pro hac vice* application to be
                                           submitted)
                                           Robert B. Bader (*pro hac vice* application to be
                                           submitted)
                                           177 Post Street, Suite 650
                                           San Francisco, CA 94108

                                           *Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED** that the Parties' Stipulation to stay this action and to toll the statute of limitations for Plaintiff's FLSA claims is **granted.**  This case is stayed until further order of the court.

**IT IS FURTHER ORDERED** that, once the Nevada Supreme Court has issued the remittitur in *Neville, Jr. v. Eighth Judicial Dist. Ct.*, Case No. 70696, either party may move to lift this stay.

STIPULATION TO TOLL THE STATUTE OF LIMITATIONS AND TO STAY ALL PROCEEDINGS
PENDING DEISION OF THE SUPREME COURT OF NEVADA

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com

**IT IS FURTHER ORDERED** that the pending motion to dismiss and request for judicial notice  [ECF Nos. 10, 11] are denied without prejudice to the refiling of the motion to dismiss within 10 days of the order lifting stay.  To the extent that the request for judicial notice is necessary to the motion to dismiss, the request for judicial notice should be incorporated into the motion to dismiss; the page limits in LR 7-3 apply.

Dated this ___ day of _____ 2017.
24th        July

_____
UNITED STATES DISTRICT COURT JUDGE

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com