LAWRENCE J. SEMENZA, III, ESQ., Bar No. 7174
Email: ljs@skrlawyers.com
CHRISTOPHER D. KIRCHER, ESQ., Bar No. 11176
Email: cdk@skrlawyers.com
JARROD L. RICKARD, ESQ., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

LUANNE SACKS (admitted *pro hac vice*)
Email: lsacks@srclaw.com
ROBERT B. BADER (admitted *pro hac vice*)
Email: rbader@srclaw.com
SACKS, RICKETTS & CASE LLP
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 549-0580
Facsimile: (415) 549-0640

*Attorneys for Defendants*
*Station Casinos LLC and Red Rock Resorts, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARTHUR F. COYNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STATION CASINOS LLC., a Nevada Limited Liability Company, RED ROCK RESORTS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01603-JAD-PAL<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>**AND ORDER THEREON** |

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Plaintiff Arthur F. Coyne ("Plaintiff") and Defendants Station Casinos LLC and Red Rock Resorts, Inc. ("Defendants") hereby stipulate as follows:

1. Plaintiff filed his First Amended Collective and Class Action Complaint ("FAC") on October 19, 2018. (ECF No. 23.)

2. Defendants' current deadline to answer or otherwise respond to the FAC is November 2, 2018.

3. Due to Defendants' counsel's travel and scheduling conflicts, counsel for Defendants requested, and Plaintiff's counsel agreed, to an extension of time up to and including November 14, 2018 for Defendants to respond to Plaintiff's First Amended Complaint. Accordingly, good cause exists for the short twelve (12) day extension.

4. This is the first request for extension of time for Defendants to respond to Plaintiff's First Amended Complaint.

5. This request is sought in good faith and not for purposes of delay.

DATED this 25th day of October 2018.

THIERMAN BUCK LLP

/s/ Leah L. Jones
Mark R. Thierman, Esq.
Nevada Bar No. 8285
Joshua D. Buck, Esq.
Nevada Bar No. 12187
Leah L. Jones, Esq.
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

DATED this 25th day of October 2018.

SEMENZA KIRCHER RICKARD

/s/ Lawrence J. Semenza, III
Lawrence J. Semenza, III, Esq.
Nevada Bar No. 7174
Christopher D. Kircher, Esq.
Nevada Bar No. 11176
Jarrod L. Rickard, Esq.
Nevada Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

SACKS, RICKETTS & CASE LLP
Luanne Sacks (admitted *pro hac vice*)
Robert B. Bader (admitted *pro hac vice*)
177 Post Street, Suite 650
San Francisco, CA 94108

*Attorneys for Defendants*

**IT IS SO ORDERED** this 29th day of October, 2018.

_____
Peggy A. Leen
United States Magistrate Judge